UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAG. NO. 2:95MJ47(TPS) |
| | : | |
| MIGUEL MERCEDES-DIAZ | : | November 17, 2006 |

MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of the Criminal Complaint and Warrant For Arrest filed on or about March 8, 1995, and pending against the defendant, Miguel Mercedes-Diaz.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/S/David A. Ring
DAVID A. RING
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct14362
157 Church Street
New Haven, CT 06510
(203) 821-3700

Leave of court is granted for the filing of the foregoing dismissal.  It is so ordered.

_____
HON. THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE


Dated: _____
        Hartford, Connecticut